```
           IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATE OF AMERICA         :        CRIMINAL ACTION
                                :
        v.                      :
                                :
JOSE SANCHEZ                    :        NO. 15-281
```

ORDER

AND NOW, this 27th day of October, 2016, for the reasons set forth in the foregoing Memorandum, it is hereby ORDERED that the motion of defendant Jose Sanchez for a new trial is GRANTED.

                                          BY THE COURT:


                                          /s/ Harvey Bartle III
                                                                            J.